1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

12 VICTOR AHAIWE,
13     Petitioner,
14   v.
15 J. ENGLEMAN,
16     Respondent.

No. 2:23-cv-06905-JGB-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

17

18     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the
19 records and files herein, Petitioner's Addendum to the Petition (ECF 20),
20 Objection to the Magistrate Judge's Report and Recommendation (ECF 21), and
21 Supplementary Objection (ECF 22). The Court accepts the recommendations of
22 the Magistrate Judge.
23     ACCORDINGLY, IT IS ORDERED:
24     1.    The Report and Recommendation is accepted.
25     2.    Judgment shall be entered consistent with this Order.
26
27
28

3.  The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED:  January 17, 2024

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE