JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VICTOR AHAIWE,<br>        Petitioner,<br>    v.<br>J. ENGLEMAN,<br>        Respondent. | No. 2:23-cv-06905-JGB-BFM<br>**JUDGMENT** |

    Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

    IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed without prejudice.

DATED: January 17, 2024

                                           HONORABLE JESUS G. BERNAL
                                           UNITED STATES DISTRICT JUDGE