UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VICTOR AHAIWE,<br><br>    Petitioner,<br><br>v.<br><br>ENGLEMAN J.,<br><br>    Respondent. | No. 2:23-cv-06905-JGB-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, the records and files herein (including the Magistrate Judge's November 13, 2023, Report and Recommendation (ECF 18), the Court's Order Accepting that Report and Recommendation (ECF 23), and the Judgment entered on January 17, 2024 (ECF 24)), Petitioner's Motion to Reopen the Case (ECF 28), the Magistrate Judge's February 28, 2024, Report and Recommendation addressing Petitioner's Motion to reopen the case, and Petitioner's Objections to the February 28, 2024, Report and Recommendation. The Court has engaged in a de novo review of those portions of the February 28, 2024, Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The February 28, 2024, Report and Recommendation is accepted.
2. Petitioner's Motion to reopen this action is **denied**.
3. The Court Clerk shall serve this Order on all counsel or parties of record.

DATED: June 6, 2024

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE